UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE GOLDMAS,<br><br>  Plaintiff,<br><br>  v.<br><br>L. VAN WEGEN, et al.,<br><br>  Defendants. | No. 2:16-cv-3009 JAM DB P<br><br>AMENDED ORDER SETTING<br>SETTLEMENT CONFERENCE[1] |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The court has determined that this case would benefit from a settlement conference. Therefore, this case will be referred to Magistrate Judge Carolyn K. Delaney to conduct a settlement conference on May 8, 2018 at 9:30 a.m. at the Robert T. Matsui Federal Courthouse, 801 I Street, Courtroom #24, Sacramento, California 95814.

Plaintiff shall have the option to appear at the settlement conference in person or by video conference. In the event video conferencing capabilities are unavailable, plaintiff may appear by telephone. Plaintiff will be required to return the attached form advising the court how he would like to appear at the settlement conference so that the court may issue the appropriate orders. A

////

---

[1] This amended order replaces the order filed on March 21, 2018. (ECF No. 26.)

1

separate order and writ of habeas corpus ad testificandum will issue once it has been determined how plaintiff will appear.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The order filed March 21, 2018 (ECF No. 26) is vacated.

2. This case is set for a settlement conference before Magistrate Judge Carolyn K. Delaney on May 8, 2018 at 9:30 a.m., at the Robert T. Matsui Federal Courthouse, 801 I Street, Courtroom #24, Sacramento, California 95814.

3. Defendants must have a principle with full and unlimited authority to negotiate and enter into a binding settlement attend in person.

4. Plaintiff shall have the choice to attend the settlement conference in person or by video. Within ten days of this order, plaintiff shall return the attached form notifying the court whether he would like to attend the settlement conference in person or by video. If plaintiff chooses to appear by video and video conferencing is not available, he may appear by telephone. If plaintiff does not return the form telling the court how he would like to attend the conference, the court will issue orders for plaintiff to appear by video.

5. Those in attendance must be prepared to discuss the claims, defenses, and damages. The failure of any counsel, party, or authorized person subject to this order to appear in person, or, if authorized, by video, may result in the imposition of sanctions.

6. Each party shall provide a confidential settlement statement to chambers, no later than May 1, 2018, via e-mail to [ckdorders@caed.uscourts.gov](mailto:ckdorders@caed.uscourts.gov). If plaintiff is unable to access the internet, he shall, on or before April 24, 2018 send his statement to the court by mail at 501 I Street, Sacramento, CA 95814, and indicate on the envelope and on the face of the statement that it is a confidential communication to Magistrate Judge Carolyn K. Delany. Such statements shall not be filed with the Clerk or served on the opposing party. However, each party shall notify the other party that the statement has been submitted to the judge's chambers.

7. Settlement statements shall be no more than five pages in length, shall be typed or neatly printed, and shall provide the following information:

a. A brief statement of the facts of the case.

  b. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

  c. A summary of the proceedings to date.

  d. An estimate of the cost and time to be expended for further discovery, pretrial, and trial.

  e. The relief sought.

  f. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands.

  g. A brief statement of each party's expectations and goals for the settlement conference

Dated: March 21, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/orders/prisoner-civil rights/gold3009.sett conf am

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE GOLDMAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>L. VAN WEGEN, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-3009 JAM DB P<br><br><u>PLAINTIFF'S NOTICE ON TYPE OF APPEARANCE AT SETTLEMENT CONFERENCE</u> |

　　　Check one:

\_\_\_\_\_  Plaintiff would like to participate in the settlement conference in person.

\_\_\_\_\_  Plaintiff would like to participate in the settlement conference by video/telephone.

DATED:_____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　RONNIE GOLDMAS
　　　　　　　　　　　　　　　　　　　　　　　Plaintiff pro se

4