# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE GOLDMAS, | No. 2:16-cv-3009 JAM DB P |
| Plaintiff, | |
| v. | |
| L. VAN WEGEN, et al., | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendants. | **AD TESTIFICANDUM** |

Ronnie Goldmas, CDCR # F-31549, a necessary and material witness in a settlement conference in this case on May 8, 2018, is confined in Atascadero State Hospital (ASH), in the custody of the Director. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney at the U. S. District Court, Courtroom #24, 501 I Street, Sacramento, California 95814, on Tuesday, May 8, 2018 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Director to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Director, ASH, P. O. Box 7001, Atascadero, California 93423:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above, until completion of the settlement conference or as ordered by the court. This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: April 16, 2018

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

SP/DLB:9/prisoner-civil rights/gold3009.841(b)