# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE GOLDMAN

        Plaintiff,                  No. 2:16-cv-3009 JAM DB P

vs.

L. VAN WEGEN, et al.,

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS**
                           /        **AD TESTIFICANDUM**

      Ronnie Goldmas, CDCR # F-31549, a necessary and material witness in a settlement conference in this case on May 8, 2018, is confined in Atascadero State Hospital (ASH), in the custody of the Director; in order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Magistrate Judge Carolyn K. Delaney to appear by video-conferencing at ASH on Tuesday, May 8, 2018 at 10:30 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. The Writ of Habeas Corpus Ad Testificandum issued on April 17, 2018 is VACATED.

      2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Director to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

# WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Director/Warden/or Sheriff of name and address of institution:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: April 30, 2018

                                              /s/ DEBORAH BARNES
                                              UNITED STATES MAGISTRATE JUDGE

DLB:9/orders/prisoner-civil rights/gold3009.841.vc